# Exhibit 4

| Oinone - Network Cameras (see Product List at end for models) |  |
|---|---|
| Infringement of the '527 patent |  |
| Claim 8 | Evidence |
| 8. A method for interfacing analog/digital converting means and JPEG compression means, said JPEG compression means having a built-in memory device, comprising the steps of: | The Oinone network camera provides an analog/digital converting means and JPEG compression means. The JPEG compression means having a built-in memory device.<br><br>For example, the Oinone network camera supports the encoding of images into MJPEG compressed format. As part of an image capturing subsystem, the network camera has an analog/digital convertor for converting analog image data to digital image data. The image data is organized into frames comprised of rows (lines) and columns corresponding to an array of sensors in an image sensor of the image capturing subsystem. As part of an image processing subsystem, the network camera has a JPEG encoding function with buffer memory for encoding the digital image data into MJPEG compressed format. |
| (8.1) sequentially reading a predetermined number of image lines from the image data output of said analog/ digital converting means; | The Oinone network camera sequentially reads a predetermined number of image lines from the image data output of said analog/digital converting means.<br><br>For example, the image processing subsystem of the Oinone network camera reads a frame of image data, sequentially line-by-line, from the image capturing subsystem. |
| (8.2) storing said predetermined number of image lines in memory means, | The Oinone network camera stores said predetermined number of image lines in memory means, said memory means capable of storing the same number of image lines as said built-in |

| | |
|---|---|
| said memory means capable of storing the same number of image lines as said built-in memory device; and | memory device.<br><br>For example, the image processing subsystem of the Oinone network camera stores the image data in a local memory, the local memory is capable of storing at least the same number of lines of data from the frame as the buffer memory. |
| (8.3) sequentially reading a predetermined size of image block from said memory means to said built-in memory device when said image data output is determined to be compressed. | The Oinone network camera sequentially reads a predetermined size of image block from said memory means to said built-in memory device when said image data output is determined to be compressed.<br><br>For example, when digital image data is to be encoded into MJPEG compressed format, the image processing subsystem of the Oinone network camera reads the frame (or subset of a frame) from the local memory into the buffer memory so that the JPEG encoding function can perform JPEG encoding thereon. |

**Product List:**

**Dome Cameras:** OND-N4621, OND-N4921-MZ, OND-P3610, OND-P3611, OND-P3621-MZ, OND-P4611, OND-P4621, OND-T3610, OND-T3610-1, OND-X3821-MZ, OND-X4921-MZ

**Box Cameras:** ONB-X3801

**Fisheye Cameras:** ONF-N4010, ONF-X4010

**Bullet Cameras:** ONL-N3621-MZ, ONL-N4921-MZ, ONL-P3610, ONL-P3611, ONL-P3620, ONL-P3621, ONL-P3621-MZ, ONL-T3610, ONL-T3620, ONL-X34K20-MZ, ONL-X3821-MZ, ONL-X4921-MZ

**References:**

[1] Oinone IP Cameras
http://www.oinonetech.com/securitysystems/99/ipkamera.html

[2] ONB-X3801
http://www.oinonetech.com/pro/ip-camera/472/4mp-kutu-kamera.html
https://goo.gl/eZZH3n

[3] OND-N4621
http://www.oinonetech.com/pro/ip-camera/545/2-mp-ip-dome-camera.html
http://bit.ly/2GFGtRZ

[4] OND-N4921-MZ
http://www.oinonetech.com/pro/ip-camera/546/5mp-ip-ir-water-proof-motorized-zoom-dome-camera.html
http://bit.ly/2XIwNMh

[5] OND-P3610
http://www.oinonetech.com/pro/ip-camera/468/2mp-ip-ir-dome-kamera.html
https://goo.gl/4UC8CP

[6] OND-P3611
http://www.oinonetech.com/pro/ip-camera/513/2mp-ip-ir-dome-kamera.html
https://goo.gl/qv9kBG

[7] OND-P4621
http://www.oinonetech.com/pro/ip-camera/519/2-mp-ip-dome-camera.html
https://goo.gl/iYMAiP

[8] OND-X3821-MZ
http://www.oinonetech.com/pro/ip-camera/471/4mp-ip-ir-dome-kamera.html
https://goo.gl/NSM1KX

[9] OND-X4921-MZ
http://www.oinonetech.com/pro/ip-camera/520/5mp-ip-ir-water-proof-motorized-zoom-dome-camera.html
https://goo.gl/iDJRiQ

[10] ONF-N4010
http://www.oinonetech.com/pro/ip-camera/550/6mp-ip-ir-water-proof-fisheye-kamera.html
http://bit.ly/2KX52hs

[11] ONL-N3621-MZ

http://www.oinonetech.com/pro/ip-camera/547/2-mp-ip-ir-water-proof-motorize-zoom-bullet-kamera.html
http://bit.ly/2GEO6bj

[12] ONL-P3610
http://www.oinonetech.com/pro/ip-camera/466/2mp-ip-ir-bullet-kamera.html
https://goo.gl/NaXp29

[13] ONL-P3611
http://www.oinonetech.com/pro/ip-camera/540/2-mp-network-ir-water-proof-bullet-camera.html
https://goo.gl/oCY23d

[14] ONL-P3621
http://www.oinonetech.com/pro/ip-camera/512/2mp-ip-ir-bullet-kamera.html
https://goo.gl/R2hsiU

[15] ONL-T3610
http://www.oinonetech.com/pro/ip-camera/463/2mp-ip-ir-bullet-kamera.html
https://goo.gl/YvZZUs

[16] ONL-X34K20-MZ
http://www.oinonetech.com/pro/ip-camera/521/8mp-4k-ip-ir-water-proof-motorize-zoom-lens-bullet-camera.html
https://goo.gl/ti4DrG

[17] ONL-X3821-MZ
http://www.oinonetech.com/pro/ip-camera/470/4mp-ip-ir-bullet-kamera.html
https://goo.gl/gGnXAJ

[18] ONL-X4921-MZ
http://www.oinonetech.com/pro/ip-camera/522/5mp-ip-ir-water-proof-motorized-zoom-bullet-camera.html
https://goo.gl/67qFFT