Exhibit 5

| Oinone – Network Camera (see Product List at end for models)<br><br>Infringement of the '790 patent | |
| --- | --- |
| **Claim 1** | **Evidence** |
| 1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising: | The Oinone network camera has an interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system.<br><br>For example, an image capturing system of the network camera has an image sensor (e.g. 1/3" 4MP, 1/2.7" 2MP, 1/2.5" 5 MP, 1/2.9" 6MP, 1/2.5" 8MP CMOS sensor, depending on the camera model) that includes an imaging array (e.g. 2688x1520, 1920x1080, 2592x1944, 3096x2202, 3840x2160) and a clock generator. An interface system of the network camera includes a processor system that performs operations on image data (e.g. H.264/H.265/MJPEG compression, analytics (optional), and operations to output image data on an I/O interface e.g. Ethernet). The interface system includes interface circuitry that receives image data from the image capturing system and transfers the image data to the processor system. |
| a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals; | The Oinone network camera has a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals.<br><br>For example, the interface circuitry includes a buffer module that stores the image data that is received from the image capturing system. The buffer module has data, control and clock signal inputs (e.g. to receive data, control and clock signalling output from the sensor's I/O interface). The buffer module clocks its internal and external signals at a rate that is determined by the input clock signals. This enables the buffer module to store the image data at a rate that is in accordance with the pixel clock domain of the image capturing system. |
| a signal generator for generating a signal for transmission to the | The Oinone network camera has a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory. |

| processor system in response to the quantity of data in the memory; and | For example, the interface circuitry includes interface functionality that generates a signal when the buffer module has image data that is ready for transmission to the processor system. The signal indicates that the buffer module has a frame of image data for the processor system. |
|---|---|
| a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. | The Oinone network camera has a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system.<br><br>For example, the interface circuitry of the network camera includes timing and control functionality that controls the transfer of image data from the buffer module to the processor system. The timing and control functionality enables the image data to be transferred at a rate determined by the processor system. This enables the processor system to acquire the image data at a rate that is in accordance with the processor clock domain. |

Product List:

**Dome Cameras:** OND-N4621, OND-N4921-MZ, OND-P3610, OND-P3611, OND-P3621-MZ, OND-P4611, OND-P4621, OND-T3610, OND-T3610-1, OND-T62IR, OND-X3821-MZ, OND-X4921-MZ

**Box Cameras:** ONB-X3801

**Fisheye Cameras:** ONF-N4010, ONF-X4010

**Bullet Cameras:** ONL-N3621-MZ, ONL-N4921-MZ, ONL-P3610, ONL-P3611, ONL-P3620, ONL-P3621, ONL-P3621-MZ, ONL-T3610, ONL-T3620, ONL-T52IR, ONL-T61IR, ONL-T62IR, ONL-X34K20-MZ, ONL-X3821-MZ, ONL-X4921-MZ

**PTZ Cameras:** ONP-N47301-RH, ONP-P37201-RH, ONP-X47301-RH

References:

[1] Oinone IP Cameras
http://www.oinonetech.com/securitysystems/99/ipkamera.html

[2] ONB-X3801
http://www.oinonetech.com/pro/ip-camera/472/4mp-kutu-kamera.html
https://goo.gl/eZZH3n

[3] OND-N4621
http://www.oinonetech.com/pro/ip-camera/545/2-mp-ip-dome-camera.html
http://bit.ly/2GFGtRZ

[4] OND-N4921-MZ
http://www.oinonetech.com/pro/ip-camera/546/5mp-ip-ir-water-proof-motorized-zoom-dome-camera.html
http://bit.ly/2XIwNMh

[5] OND-P3610
http://www.oinonetech.com/pro/ip-camera/468/2mp-ip-ir-dome-kamera.html
https://goo.gl/4UC8CP

[6] OND-P3611
http://www.oinonetech.com/pro/ip-camera/513/2mp-ip-ir-dome-kamera.html
https://goo.gl/qv9kBG

[7] OND-P4621
http://www.oinonetech.com/pro/ip-camera/519/2-mp-ip-dome-camera.html
https://goo.gl/iYMAiP

[8] OND-X3821-MZ
http://www.oinonetech.com/pro/ip-camera/471/4mp-ip-ir-dome-kamera.html
https://goo.gl/NSM1KX

[9] OND-X4921-MZ
http://www.oinonetech.com/pro/ip-camera/520/5mp-ip-ir-water-proof-motorized-zoom-dome-camera.html
https://goo.gl/iDJRiQ

[10] ONF-N4010
http://www.oinonetech.com/pro/ip-camera/550/6mp-ip-ir-water-proof-fisheye-kamera.html
http://bit.ly/2KX52hs

[11] ONL-N3621-MZ
http://www.oinonetech.com/pro/ip-camera/547/2-mp-ip-ir-water-proof-motorize-zoom-bullet-kamera.html
http://bit.ly/2GEO6bj

[12] ONL-P3610
http://www.oinonetech.com/pro/ip-camera/466/2mp-ip-ir-bullet-kamera.html
https://goo.gl/NaXp29

[13] ONL-P3611
http://www.oinonetech.com/pro/ip-camera/540/2-mp-network-ir-water-proof-bullet-camera.html
https://goo.gl/oCY23d

[14] ONL-P3621
http://www.oinonetech.com/pro/ip-camera/512/2mp-ip-ir-bullet-kamera.html
https://goo.gl/R2hsiU

[15] ONL-T3610
http://www.oinonetech.com/pro/ip-camera/463/2mp-ip-ir-bullet-kamera.html
https://goo.gl/YvZZUs

[16] ONL-X34K20-MZ
http://www.oinonetech.com/pro/ip-camera/521/8mp-4k-ip-ir-water-proof-motorize-zoom-lens-bullet-camera.html
https://goo.gl/ti4DrG

[17] ONL-X3821-MZ
http://www.oinonetech.com/pro/ip-camera/470/4mp-ip-ir-bullet-kamera.html
https://goo.gl/gGnXAJ

4

[18] ONL-X4921-MZ
http://www.oinonetech.com/pro/ip-camera/522/5mp-ip-ir-water-proof-motorized-zoom-bullet-camera.html
https://goo.gl/67qFFT

[19] ONP-N47301-RH
http://www.oinonetech.com/pro/ip-camera/549/3-mp-network-ir-hd-pan-tilt-zoom-dome-camera.html
http://bit.ly/2VrGmSq

[20] ONP-X47301-RH
http://www.oinonetech.com/pro/ip-camera/523/3-mp-network-ir-hd-pan-tilt-zoom-dome-camera.html
https://goo.gl/mpPa6a